IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-00032-F-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| LENARD CORNELIUS SMITH, | ) |
| Defendant. | ) |

Upon the motion of the Government, pursuant to Fed. R. Crim. P. 35(a), and for good cause shown, it is hereby ORDERED that the original judgment in this matter, dated July 16, 2013, hereby is amended to a sentence of 60 months as to Count Two, consecutive to the 70 month sentence as to Count One. All other aspects of the original judgment are ratified and confirmed.

SO ORDERED.

This, the 8th day of August, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge